# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1818

_____

| | | |
|---|---|---|
| Anthony Ukofia, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| American Financial Printing, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: April 4, 2006
Filed: April 7, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Anthony Ukofia appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit against American Financial Printing, Inc. (AFPI). After de novo review, we conclude that AFPI offered a legitimate, nondiscriminatory reason for terminating Ukofia's employment--poor job performance--and Ukofia failed to create a trialworthy issue of fact on whether that reason was a pretext for race discrimination. *See Kincaid v. City of Omaha*, 378 F.3d

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

799, 803-04 (8th Cir. 2004) (de novo standard of review); *Wheeler v. Aventis Pharms.*, 360 F.3d 853, 858 (8th Cir. 2004) (burden-shifting analysis).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____